

*Moorish Americans - Aboriginal and Indigenous Natural Peoples of the Land*
*Northwest Amexem / Northwest Africa / North America*
*~ The North Gate ~*

**Exhibit 2**
Case/Ticket # SH: F 268675

**To:** United States District Court for Northern District Ohio Republic

# Petitioner's Affidavit of Fact, Evidence, and Information

Amaru Mura Hassan Bey
C/o [634] East 124 Street Cleveland, Ohio [44108]

Chronos / Day 13 /, 6 / 2011 A.D. = 1431 M.C.

**Petitioner / Accused / Witness:** Amaru Mura Hassan Bey Ex. Rel Kenneth L. Williams Jr, Natural Person, In Propria Persona (Not Pro Se) and not 'Cognate' to, nor related to, any 'Nom de Guerre' nor to any other fictional entity; created under color by the unclean hands of others through Misrecital or 'Artificial Legal Construct'; nor a 'Man-of-Straw'; as written, typed, photocopied, misrepresented, or deceptively scribed in ALL CAPITAL LETTERS [KENNETH L WILLIAMS JR] by the unclean hands of others.

**Reference:** Ticket(s) / Suit(s) / Summons / Bill(s) of Exchange Instrument(s) SH: F 268675

(Note: SH: F 268675 'Bills' are Faded and Unclear, Drawee, Non – original Copy) dated: 3/23 2011 A.D.
Copy - Bill - Instrument issued by: Prosecuting Witness / Accuser / Policeman / Patrolman Homero Guerrero Badge # 19

**Respondent(s):** Magistrate: Dan Lovinger
Prosecutor: Randy Keller Bailiff: Joe Gogala
Policeman/Patrolman: Homero Gurerrero Badge # 19
All Other Judicial Officers, Accusers, and Parties of Interest:
Judge: K.J. Montgomery, Clerk of Court: Steven Tomaszewskr
City of Shaker Heights, Shaker Heights Municipal Court
United States of America Republic, North America

## Affidavit of Facts / Subject Matter / Summary / Cause of Action:

## Demand to Vacate and to Void Notwithstanding Tickets / Suits / Summons / Citations / (misrepresented) Bill(s) of Exchange

Which are in violation of the Substantive Rights of the Natural People and Citizens; and affirmatively Ruled as unconstitutional by the Supreme Court of the United States of North America Anti-constitutional Ticket - Instruments Issued Under the Quasi- Criminal, Private-Entity Authority of Shaker Municipal Court And Its Officers; Business Located at 3355 Lee Road, Shaker Heights, Ohio 44120 United States of America Republic, North America

### Declaration of Petitioner's Status: Summary

**I, the Petitioner, Amaru Mura Hassan Bey, state and Publish for the Record:** My 'Declaration of Status': Aboriginal / Indigenous Natural Person; Freehold by Birthright, Inheritance and Primogeniture; Affirming my Substantive Rights to Travel upon the public Roadways and Highways, in harmony with the Highest and most supreme Law of the Land. I Am 'In Propria Persona' (Not Pro Se); and not 'Cognate' to any 'Nom de Guerre' or any other such like fiction entity; created by the hands of others by way of Misrecital or 'Artificial Legal Construct'; nor a 'Man-of-Straw'; as written, typed, photocopied, or scribed in ALL CAPITAL LETTERS). I am a Natural Dweller and Natural Citizen in, of, and on the Lands of my Forefathers - Northwest Amexem / Northwest Africa / North America / The North Gate.

1

Exhibit 2

**References:** **Declaration Of The Rights Of The Child** – International Law - 1959: *Principle 3*:
"The child shall be entitled from his birth to a name and a nationality".

**Universal Declaration Of Human Rights Of 1948** – General Assembly: International Law: Article 15:
(1) Everyone has the right to a nationality.
(2) No one shall be arbitrarily deprived of his nationality nor denied the right to change his nationality.

**The Rights of Indigenous People E/Cn. 4/Sub. 2/1994/2/Add. 1 (1994). Part 1, Article 5,**
Every Indigenous Individual Has The Right To A Nationality.

**Treaty of Peace and Friendship Between Morocco and The United States: 1787 / 1836**

**Treaty of Marrakech – Supreme Law of the Land**

United States Executive Order 13107: "The Implementation of Human Rights Treaties"

## Jurisdiction:
### Article VI, Clause 2 of the United States Constitution

**Clause 2:** This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby; any Thing in the Constitution or the Laws of any State to the Contrary notwithstanding.

**COMES NOW** the Alleged Accused, and Petitioner, Amaru Mura Hassan Bey, In Propria Persona; a 'Natural Person' and NOT a 14th Amendment Corporate Person nor a 'Nom de Guerre' construct, whose Substantive Rights have been violated and abridged; standing squarely "In Propria Persona, Sui Juris" and upon my Birthright Nobility, being 'In Full Life', duly Affirmed under allegiance to my Moorish American Nation; Organic 'Right Law' Republican Form of Government, North America; and under Affirmation and Oath to the Five Principles of Light – being, Love, Truth, Peace, Freedom and Justice, (Isonomi); and being "Part and Parcel" of this organic said Government; do squarely Affirm and Attest to the Truth. I am appearing 'Specially' and not 'Generally' [At the day requested of Court]. To demand for this Court to have the following Alleged Tickets / Suits / Summon(s) / Citation(s) / (misrepresented) Bill(s) of Exchange: **SH: F 268675**, and the unlawful and 'colorable' proceedings, unlawful warrants, etc., related to it / them, declared as Vacated; as Void; and as lawless Tickets / Suits / Summons / Citations / (misrepresented) Bill(s) of Exchange, For the Court's lack of 'Subject Matter Jurisdiction'; the lack of 'Personam Jurisdiction'; the lack of 'Due Process'; the lack of an 'Injured Party' (Corpus Delicti); and that the State does not, nor does any of its subordinate corporate Entities or Agent(s), have any lawful right or lawful authority, to transfer or convert the exercising of a 'Right' into a 'Crime'; nor does the State possess such authority; nor does any of its franchised corporate Entities, Agent(s), or Officers possess, the lawful right, or authority, to punish, to incriminate, or to charge anyone with a 'Crime', absent of a 'True Bill' and 'Indictment' by a Grand Jury; or to injure, or to intimidate, or to threaten any Natural Person / People or Citizen(s) for enjoying or exercising any 'Substantive Right' (or any other secured 'Right') exercised by them, and secured for the people by the Established Law of the Land.

Reserving all Rights secured for the Natural Person / People and Citizen(s), under the Supreme Law of the Land; and Reserving all other Natural Rights, Divine Rights, Substantive Rights, Liberties, Privileges and Immunities, Reserved for the People and Citizens; secured under the Authority of the Constitution for The United States Republic of North America; and by International Law; to which the Judges of every State; the Officers of this Court; all State Agents / Agencies; all other Contractors, Officers and / or Representatives of, or for Ohio Republic; or the Officers or Agent(s) of the foreign State of Ohio Corporate Entity, are Bound to uphold, to support, and to respect, by Law and by Oath, the Supreme Law. It is

further stated, for the record, that the State's hired Officers, Employees, Agent(s) and Entities (being the same, in partnership) are Bound, to support and to uphold the Constitution for The Unites States Republic; and that the unlawful theft (under a color-of-law) of my personal Liberties, Rights, Immunities, Person, or Property; being Held, Abridged, or Arrested by any Official, Person(s) or Agent(s) contracted by the Officers of Shaker Heights Municipal Court Incorporated, or by its Employees, for monetary ransom, or legal extortion by virtue of (voided Due Process action(s); or for any other extorting or 'colorable' purposes, is a violation of the Substantive Rights of myself; a crime against the sacred Trust of the Natural People; a violation of 'Fiduciary Duty'; An 'Abandonment of Office'; a 'Perjury of Oath'; and repugnant to the Constitution. These conspired acts of collusion and practices of abusing authority are by 'Colored Official'.

Ticket(s) / Suit(s) / Summons / Citation(s), etc., are all 'Bills of Exchange'. Anyone who is served with these 'implied in law' – contract - Instruments, should be made cognizant of having the 'right' to be served the 'Original' copy of the said Instrument; and their right to sign the Original Instrument, and pay it on the spot. And if the Police Officer(s) or Agent(s) denies the recipient the capacity to do so, then the Ticket(s) / Citation(s) / Bill(s) of Exchange are voided, as the process is unlawful in its nature in the first instance. The Natural Person(s) being (effectively) imposed with these Instruments are systematically denied the ability to receive the 'Original' copy of these Instrument(s) / Bill(s) of Exchange / Presentment(s), and thus the 'proper service' principle of due process is 'Colored'. The recipient is, thus, disabled to 'return' the Original Instrument(s) / Presentment(s) / Bill(s) of Exchange to the issuing 'Drawer', appearing to 'not' have been willing to accept the Original, and thus 'Honor' the 'Bill(s) at the instance of the issuance of it / them. This contrived violation of 'Due Process' of Law ultimately manifests (in Court) with an Administrative / Ministerial Court 'decision' or 'conviction' made or levied against the unsuspecting, so-called, 'Violator'. This act is a supreme violation against Article III of the Constitution, and is void of law - essentially a nullity.

It is reasonable for any Natural Person(s) or Citizen(s) to assume that the Municipal Court would recognize such 'Improper Service' as being void of law; and that such an improper service, as prescribed and defined under 'The Bills of Exchange Act', constitutes 'Misrepresentation' and 'Negative Misprision'.

In order for a 'Bill of Exchange' or 'Presentment' (which Ticket(s) / Citation(s) / or Summons all constitute) to have and possess lawful validity, the Drawer has to have, and has to possess, the authority and knowledge to create it. Police Officers, establishing for themselves, the position of Drawer(s); and any other person(s) or Agent(s) who issue such quasi – judicial instruments, are aware of the facts of law, concerning these Instruments' and their violation – of – due process nature. Policemen and other Municipal Agents (Drawer(s) have been, and are, continually violating the Natural People and Citizens. They create the conditions that (falsely) establish that the Natural Person(s) and Citizens, to whom the Drawer / Policemen or Agent(s) issue such Ticket(s) / Suit(s) / Summon(s) / Citation(s) / (misrepresented) Bill(s) of Exchange, go into 'Dishonor' and are, thus, convicted in Court by Default and Dishonor, by way of the 'misrepresented' process.[Conflict of Intrest] This causes the recipient(s) of such Instruments to appear (under threat, duress, and coercion) before the non-Article III Municipal Court(s), as a 'Drawee' in 'Dishonor'. The Court Officers are well aware of this 'constructed' faulty process; and are aware that the recipient of such Bill(s) of Exchange - Instruments should be given the 'Original' copy of the Ticket(s) /

Suit(s) / Summons / Citation(s) Bill(s) of Exchange; in order that the unsuspecting recipient may have the opportunity to Return, or satisfy or Honor the 'payment' Demand of pre-prescribed and adjudged payment to the Drawer / Policeman / Prosecuting Witness/ Accuser, being the creator of, and issuer of, that Bill(s) of Exchange Instrument. Policeman or other Agent(s) who issues such Instruments; and address them to others, are, by legal definition, the 'Drawer'.

The possession of weapons by anti-constitution Officials, Policemen and other corporate Agent(s); and their practiced enforcement of a Color-of-Law; and the applying of, and the using of, contemptuous methods and the issuing of misrepresented Instruments, to subvert Due Process; and their practiced abrogation of, and their suppression of, 'The Bill of Rights'; and their addressing of other violations made by, or initiated by, the State, or by its franchised Officers, Agent(s) or Agencies, have been, and are used and initiated to rob, to threaten, to intimidate, or to injure the Natural People and Citizens. All of these acts are violations of Established Law. The Supreme Court of these United States, under the command of its 'Republican Form of Government', as Established under the Constitution for the United States, has ruled that such actions, laws and ordinances, on the part of the State, it Officers, and its Agents, are a 'Color-of-Law' and are unconstitutional. These collective 'Colored Official' acts and laws, initiated under a 'Color-of-Authority' are in violation of Title 18, Chapter 13, Sections 241 and 242 of The United States Codes of Law; and are also in violation of Title 42 of the Codes of Law for The United States of America.

## 'Supreme Law of the Land'

The Senators and Representatives before mentioned, and the Members of the several State Legislatures, and all executive and judicial Officers, both of the United States and of the several States, shall be bound by Oath or Affirmation, to support this Constitution; but no religious Test shall ever be required as a Qualification by any Office or public Trust under the United States.

### United States Supreme Court Decisions - Stare Decisis:

### (Original Jurisdiction – Article III: Rights of Travel / Substantive Rights)

The Right to Travel; The Right to Mode of Conveyance; The Right to Locomotion are all absolute rights, and the Police can not make void the exercise of rights. **State v. Armstead, 60 s. 778, 779, and 781:**

The right to Park or Travel is part of the Liberty of which the Natural Person, citizen cannot be deprived without "due process of law" under the Fifth Amendment of the United States Constitution. **Kent v. Dulles 357 US 116, 125:**

The State is prohibited from violating substantive rights. **Owens v. City, 445 US 662 (1980);** and it cannot do by one power (eg. Police power) that which is, for example, prohibited expressly to any other such power (eg. Taxation / Eminent Domain) as a matter of law. **US and UT v. Daniels, 22 p 159**, nor indirectly that which is prohibited to it directly. **Fairbanks v. US 181, US 283, 294, 300:**

Traveling in an automobile on the public roads was not a threat to the public safety or health and constituted no hazard to the public, and such a traveler owed nothing more than "due care" (as regards to tort for negligence) to the public and the owner owed no other duty to the public (eg. State), he / she and his / her auto, having equal rights to and on the roadways / highways as horses and wagons, etc.; this same right is still substantive rule, in that speeding, running stop signs, traveling without license plates, or

registration are not threats to the public safety, and thus, are not arrestable offenses. **Christy v. Elliot, 216 I 131, 74 HE 1035, LRA NS 1905 – 1910: California v. Farley 98 CED Rpt. 89, 20 CA 3d 1032 (1971).**

## Obligations of State Courts:

**The United States Supreme Court:** *State courts, like federal courts, have a "constitutional" obligation to safeguard personal liberties and to uphold federal law.* **Stone v. Powell 428 US 465, 96 S. Ct. 3037, 49 L. Ed. 2d 1067.**

**The United States Supreme Court:** *The obligation of state courts to give full effect to federal law is the same as that of federal courts.* **New York v. Eno. 155 US 89, 15 S. Ct. 30, 39 L. Ed. 80.**

**The United States Supreme Court:** *An administrative agency may not finally decide the limits of its statutory powers; this is a judicial function.* **Social Security Board v. Nierotko. 327 US 358, 66 S. Ct. 637, 162 ALR 1445, 90 L. Ed. 719.**

Therefore, the officers of City of Shaker Heights, Shaker Municipal Court etc. have no right to supersede their limited, inferior jurisdiction; nor do they possess the lawful right to deny due process to the petitioner.

### The United States Codes of Law – Title 18: Part 1, Chapter 13, Sections 241 & 242

If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; or ...

If two or more persons go in disguise on the highway, or on the premises of another, with the intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured –

They shall be fined under this title or imprisoned not more than ten years, or both, and if death results from the acts committed in violation of this section, or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or any attempt to commit aggravated sexual abuse, or an attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death.

Whoever, under color of any law, statue, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, or to different punishments, pains, or penalties, on account of such person being an alien, or by reason of his color, or race, then are prescribed for the punishment of citizens, shall be fined under this title or imprisoned not more than one year, or both; and if bodily injury results from the acts committed in violation of this section, or if such acts include the use, attempted use, or threatened use of a dangerous weapon, explosives, or fire, shall be fined under this title or imprisoned not more than ten years or for life, or both, or may be sentenced to death.

Every person or city, state, or government official who under "color-of-law" deprives any legal citizen their legal rights and immunities is subject to civil and or criminal penalty, pursuant to United States Code of Law, **Title 18: Part 1, Chapter 13, Section 241 and Section 242.** The Ultra Virus Statutes do not protect such violating person(s) from prosecution as individual(s); and such violator(s) are subject to ten thousand dollars fine, and / or prison.

\* \* \* \* \* \* \*

**Notice to Agent(s) is Notice to Principal.** The binding 'Official Oath', and 'Oath of Ethics' taken by all present person(s), and any past person(s), formerly holding Public Trust or Public Office; and by virtue of that Trust, are obligated under the Authority of The United States Republic, and by the Supreme Law of the Land, to not abridge; not to Dishonor; but to respect and protect the Substantive Rights, Liberties, and Immunities of the 'People'. The Obligations of all Officials, holding seats of Government, or occupying positions of authority, still stands.

## Void Alleged Ticket(s) / Suit(s) / Summons / Citation(s) / (misrepresented) Bill(s) of Exchange; as Reason for Vacating and Granting Relief:

Relief may be granted where the Ticket(s) / Suit(s) / Summon(s) / Citation(s) / (misrepresented) Bill(s) of Exchange, Number SH: F 268675, or any Action(s) or 'Order(s)' arriving from its / their construction, is Void because the Court lacked Jurisdiction over the 'Subject Matter'; and lacked 'Personal Jurisdiction' over the parties(s); in addition to Misrepresentation and a denial of 'Due Process" of Law. The accusing party(s) (Police, Private Security Guards, Officers of the Court, etc.) acted in some manner inconsistent with Constitution constraints, and contrary to Constitutional - secured Due Process; or otherwise acted beyond the delegated Powers granted to it / them, under the Supreme Law of the Land. When Evidences, a Motion, or Affidavit challenges a Ticket(s) Suit / Summons / Citation / Bill(s) of Exchange, as void, the Inferior Court and the District Court lacks discretion. In accord with the Established Law of the Land, I, Amaru Mura Hassan Bey, with council presence [five people] inform that the and Prosecutor of the Shaker Municipal Court to make Void and Vacate the unconscionable suits / ticket instruments / (misrepresented) Bill(s) of Exchange, as their improper presentments are contrary to, and repugnant to, the Constitution; being a violation against secured Due Process Rights; and contrary to, and repugnant to, Oath of Ethics, Official Oaths, Fiduciary Duties, and foreign to 'Right Law' Principles.

Shaker Heights **Municipal Corporation**, and its corporate – contracted Officers, Agent(s) and Personnel, are sighted for unlawfully using the Public Trust to transfer or convert a 'Right' into a 'Crime', under a 'Color-of-Law', under a 'Color-of-Authority' and under a 'Color-of-Right'.

I, Amaru Mura Hassan Bey, should be compensated for my economic losses; being held for ransom, Pain and Suffering, by way of infringements upon my liberties; and for the mental anguish imposed upon me by being forced under threat, to answer to 'colorable' actions, caused by Agent(s) or persons, who concurred in their 'agreed' actions to cause my private, Divine Rights, Civil Liberties, Pursuit of Happiness, Security of Personally or Property, etc., to be infringed upon, confiscated, arrested or restrained in any manner, by any acts, actions, and / or processes that, in any respect, violate:

**Amendment IV:** The right of the people to secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no warrants shall issue, but upon probable cause, supported by oath or affirmation, and particularly describing the place to be searched, and the persons or things to seized.

**Amendment V:** No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment of indictment of a grand jury, except in cases arising in the land or naval forces, or in the militia, when in actual service in time of war or public danger; nor shall any person be subject for the same offense to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation.

**Amendment VI:** In all criminal prosecutions, the accused shall enjoy the right to a speedy trial, by an impartial jury of the state and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and to be informed of the nature and cause of the accusation; to be confronted with the witness against him; to have compulsory process of obtaining witnesses in his favor, and to have the assistance of council for his defense.

6

**Amendment VIII**: Excessive bail shall not be required, nor excessive fines imposed, nor cruel or unusual punishments inflicted.

**Amendment IX**: The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people.

**Amendment X**: The powers not delegated to the United States by the Constitution, nor prohibited by it to the states, are reserved to the states respectively, or to the people.

**Article III**, Sections 1 and 2, of the Constitution; Article VI of the Constitution; and the Rights of Indigenous Peoples. Part 1, Articles 1 through 6

These Unconscionable Ticket – Suits / Summons / Citations / are (misrepresented) Bill(s) of Exchange, SH: F 268675 should be Vacated and Dismissed, [But it was not dismiss] as they originate from a non-judicial entity, through acts of 'Misprision', Improper Service, and a 'lack of Due Process', to wit:

1. The absence of a sworn Affidavit, Oath or Affirmation (as required per 4th Amendment) and not accompanying the Suits / Tickets / Bill(s) of Exchange – **SH: F 268675,** renders them void; and thus, by their unlawfully - imposed sanctions, a violation of 'Due Process'.

2. The absence of a lawfully required indictment from a legitimate grand jury, due to the accusation of a 'crime';

3. A lack of 'Corpus Delicti' - there is no injured party;

4. The lack of a Jury of my own National Peers, to examine substantiated and documented evidence, to determine whether or not I violated the Law of the Land or whether the Officers or Personnel of Shaker Heights Municipal Court and Shaker Heights City violated the Law of the Land; with all supporting Exhibits and Witnesses and Claims (not waived); and all other points of Due Process and de jure Law, including the 'nature' of the charges, etc., entered into evidence for the Public Record; in accord with 'Due Process'; which has not been waived by me, is not waived by me; nor ever intended to be waived by me.

5. The Private Corporation of the City of Shaker Heights; Shaker Municipal Court etc.) , Through unlawful actions committed by its Officers, Agent(s) and Personnel, under its 'contract' and claimed authority - seized my Rights, Liberties and / or Private Property under a 'Color-of-Law' and without Due Process of the Law; and did not proceed with fair or just notification or compensation, as commanded by the Law of the Land; causing me the loss of the rightful, lawful, and Substantive Right to use, to enjoy, to exercise, and to possess my Rights, Liberties, and / or Private Property.

6. The Supreme Court has consistently ruled against such 'Color-of-Authority' and 'Racketeering' activities, and the evidence was hereby presented to this Inferior Court, [Form of Affidavits] in order that the Officers of this Court may have the opportunity to rectify and to correct, for the record, such acts. These (Lack of Due Process) proceedings are in violation of the 'Oath of Office' taken by the Judges/Magistrate and Prosecutors of every State; and in violation of 'The Code of Ethics' for all Law Enforcement Officers; an Oath which all Policemen are required to take and to sign. These Oath – bound Instruments (public records) shall be entered into evidence in support of my defense, and supported by the Supreme Court of the United States. And I demand that any Officer of the Court, or any other Agent(s) or Person(s) contracted by the Court or its Officers,, who contends or contests that they are not Obligated to support and to uphold the

Constitution for Ohio State Republic; and to not support the Constitution for The United States Republic of America, then let that Agent(s) or Person(s) be sworn in, or affirmed 'For the Record' and Testify for the Record, in support of, or contrary to, the Constitution, and The 'Oath of Ethics', etc. [Refused to honor one's oath]

7. When the Officers of this Court, and / or any Agent(s) and / or Person(s) hired by, or contracted by them, to arrest, to fine, to detain, or to do any form of tort or injury to me; and whosoever executes an official act or actions, contradicting or contrary to, their 'Fiduciary Duties', as delegated to their Offices or to their positions of Public Trust; and if the same Agent(s) or Person(s) insists upon violating my Rights, Liberties and Immunities (secured by Nature and by National and International Law); and if the same Agent(s) or Person(s) insists upon violating my Rights, Liberties, and Immunities, secured by the Constitution for the United States Republic, and by the Common Law Customs of Civilized Government; and violating the secured - Rights of the Natural People and Citizens, I retain the right to Remedy and Suit to regain and to Secure my Rights, Liberties, Immunities, Personally, and / or Property; and retain my Right to Due Process under the Law.

8. **If any Officers, Agent(s) or Person(s) in the Court has any objection to the 'Law of the Land'; or if anyone objects to the Constitution in any manner or form, than let that Official, Agent(s) or Person(s) be sworn in and testify to that effect.** If there is no one to object, for the Record, I move that this Court recognize the limited authority delegated to the Court; and the limited authority delegated to any and all Officers of the Federal, State, and Municipal / City Officers. I move that the Presiding Officer(s) (Prosecutor and Magistrate/Judge) of this Court acknowledge the reason that Government and Constitutions exist; and to Dismiss these misrepresented instruments(s) [failed to rebut affidavits] and thus the false and unsupported charges conjunctive to them, which violate the IV V, VI, VII, VIII, IX and X Amendments to the Constitution; and that the perpetrators of these acts of 'Malfeasance' compensate me for my economic injury; for the loss of the use of, and the enjoyment of, my Rights, Liberties, Immunities, and / or my Personality or Property; and that I be compensated for the loss of my time from work Family needs to answer (under threat, duress, and coercion) to unlawful procedures; and that I be relieved from, and / or compensated for any arbitrary demand(s) made (under a 'Color-of-Law) for the ransom /etc… if such was demanded of me for the recovery of my Rights, Liberties, Immunities, Personality, Property, Person, Conveyance(s) or any other Papers, Things, or Effects, from those contracted Agent(s) or Person(s) executing an act or actions under the authority of the Court or City of Shaker Heights and its Personnel / Contractors, to commit violations against my Natural Person by abridging the Constitution, Treaty(s), or by violating Amendments IV, V, VI, VII, VIII, IX and X of The Bill of Rights, Established in the year 1791 A.D. by way of the establishment of the Republic.

### Amendment IV of the Constitution for the United States Republic, North America:
The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures shall not be violated, and no warrants shall issue, but upon probable cause, supported by oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.

### Amendment V
No person shall be held to answer to a capital, or otherwise infamous crime, unless on a presentment or indictment of a grand jury, except in cases arising in the land or naval forces, or in the militia, when in actual service in time of war or public danger; nor shall any person be subject for the same offense to be put twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation.

**Amendment VI**

In all criminal prosecutions, the accused shall enjoy the right to a speedy trial, by an impartial jury of the state and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and be informed of the nature and cause of the accusation; to be confronted by the witnesses against him; to have compulsory process for obtaining witnesses in his favor, and to have the assistance of council for his defense.

**Amendment VII**

In suits at common law, where the value in controversy shall exceed twenty dollars, the right to a trial by jury shall be preserved, and no fact tried by a jury, shall be otherwise reexamined in any court of the United States, than according to the rules of the common law.

**Amendment VIII**

Excessive bail shall not be required, nor excessive fines imposed, nor cruel and unusual punishments inflicted.

**Amendment IX**

The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people.

**Amendment X**

The powers not delegated to the United States by the Constitution, nor prohibited by it to the states, are reserved to the states respectively, or to the people.

**Article VI: The Constitution for the United States Republic, North America**; (Supreme Law of the Land – Treaties). 1787 / 1836 – "The Treaty of Peace and Friendship between the United States and Morocco" – 1787 / 1836 A.D. = 1207 / 1256 M.C. The Petitioner is competent to be a witness, and that the facts contained herein are true, correct, complete, and not misleading, to the best of Petitioner's / Declarant's first hand knowledge and belief.

**Article VI, Clause 2 and 3 of the United States Republic Constitution**

**Clause 2:** This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby; any Thing in the Constitution or the Laws of any State to the Contrary notwithstanding.

**Clause 3:** The Senators and Representatives before mentioned, and the Members of the several State Legislatures, and all executive and judicial Officers, both of the United States and of the several States, shall be bound by Oath or Affirmation, to support this Constitution; but no religious Test shall ever be required as a Qualification by any Office or public Trust under the United States.

\* \* \* \* \* \* \*

### The Supreme Court of the United States Republic

The Supreme Court of The United States Republic of America has Addressed the Substantive Law of the Land, Dealing with the States' Officials, Officers and Agencies violating and abridging the Substantive Rights of The People, to the effect that:

The State of Ohio; City Shaker Heights and Shaker Municipal Court Incorporated; its Officers; the Prosecutor; and any Agent(s), Personnel, Employees, and / or Contractor(s), being a party to, or claiming to be, a party of interest in any case, under a Color-of-Law, as in this case, are in violation of the United States Codes of Law – **Title 18, Part 1, Chapter 13, Sections 241 & 242**.

"No state shall convert a liberty into a privilege, license it, and attach a fee to it"
   **Murdock v. Penn., 319 US 105, (1943)**
"If the state converts a liberty into a privilege, the citizen can engage in the right with impunity"
   **Shuttlesworth v. Birmingham, 373 US 262, (1969)**

9

The Prosecutor and Judge/Magistrate of the Ministerial Court: All "Lack of Due Process" claims and the charges should be 'Dismissed' for Want of Jurisdiction, and Refused for Cause. [But was not dismissed]

Day \3/, \_6/, 2011 A. D. = 1431 M.C.

I 'Affirm' that all statements, facts, and information, presented in this Affidavit / Writ, are correct and true; and are presented as Evidence - "Exhibit _2_ " 'for the record'. I, furthermore, state that the foresaid Exhibit, Evidence, Information/Summary and Facts are placed in Evidence in this case, as I am reserving my right to 'Present' my own 'Proper Self' by Sovereign Right, and Affirmed to the best of my knowledge and belief.

I Am: *Amenu Mina Hersson Key*

Witness: Natural Person, In Propria Persona (and not Pro Se) - Authorized Representative
All Rights Reserved: Special Appearance under Threat, Duress and Coercion.

**Notice to Agent(s) is Notice to Principle.**
United States Attorney General (*certified*)
M.D.N.M.- Human Rights Violations and Records
United Nations – Rights of Indigenous Peoples – Violations

**Documents of Aboriginal and Indigenous Natural Peoples of Northwest Amexem / North America – North Gate. M.D.N.M.**

☑ SHAKER HEIGHTS MUNICIPAL COURT, CUYAHOGA COUNTY, OHIO
☐ CUYAHOGA COUNTY JUVENILE COURT
☐ STATE OF OHIO
☐ CITY OF SHAKER HEIGHTS

TICKET # **SH:F 268675**
CASE #

NAME: Kenneth L. Williams Jr.
STREET: 634 E. 124 Street
CITY, STATE: Cleveland, Ohio  ZIP: 44108

| OPERATOR LICENSE/STATE ID# | ☐ NONE* | BIRTH DATE | ISSUE DATE | STATE |
|---|---|---|---|---|
| TA 616443 | | 8-22-1981 | 02-21-10 | OH |

| CLASS | EXPIRES | ENDORSEMENT(S)/RESTRICTION(S) | SS# (last 4 digits) |
|---|---|---|---|
| D | 8-22-14 | ☐CDL ☐MC ☐Other | 1595 |

| SEX | HEIGHT | WEIGHT | EYES | HAIR | RACE | FINANCIAL RESPONSIBILITY PROOF? |
|---|---|---|---|---|---|---|
| M | 5'4" | 145 | Br | Blk | B | ☐ Yes ☑ No ☐ N/A |

* If no OL/State ID REQUIRED documentation attached.  ☐ Yes

TO DEFENDANT: COMPLAINT ON Apr 22, 20 11 AT 2:01 AM/PM, YOU
Operated/Passenger/Parked/Walked a ☑ Passenger ☐ Motorcycle ☐ Bicycle ☐ Other
☐ Commercial DOT# ___ ☐ ≥26,001 lbs. ☐ <16 Pass. Bus ☐ ≥16 Pass. Bus ☐ Haz. Mat.
VEHICLE: YEAR 1992 MAKE Toyota MODEL ___
COLOR Silver LICENSE # EGH 632 STATE ___
UPON A PUBLIC HIGHWAY, NAMELY Lee Rd SB
AT/NEAR Between Van Aken & Chagrin (M.P. ___)
IN THE City OF Shaker Heights IN Cuyahoga
COUNTY (NO.) 18 STATE OF OHIO AND COMMITTED THE FOLLOWING OFFENSE(S).

| | ☐ ORC ☐ ORD ☐ T.P. |
|---|---|
| SPEED: ___ MPH in ___ MPH zone | |
| ☐ Over limits ☐ Unsafe for conditions ☐ ACDA | |
| ☐ Radar ☐ Air ☐ VASCAR ☐ Pace ☐ Laser ☐ Stationary ☐ Moving | |

| OVI: ☐ Under the influence of alcohol/drug of abuse. | ☐ ORC ☐ ORD ☐ T.P. |
|---|---|
| ☐ Prohibited blood alcohol concentration. ___ BAC | |
| ☐ Blood ☐ Breath ☐ Urine ☐ Refused | |

Prior OVIs: # of prior OVIs / Years of prior OVIs

| DRIVER LICENSE: ☐None ☐Not on person ☐Revoked ☐Suspended | ☐ ORC ☐ ORD ☐ T.P. |
|---|---|
| EXPIRED: ☐ <6 months ☐ >6 months ☐ Failure to Reinstate | |
| Suspension Type: | |

| SAFETY BELT: Failure to wear | ☐ ORC ☐ ORD ☐ T.P. |
|---|---|
| ☐ Driver ☐ Passenger ☐ Child Restraint ☐ Booster Seat | |

| OTHER OFFENSE: Drove with expired license plates | ☐ ORC ☐ ORD ☐ T.P. |
|---|---|

| OTHER OFFENSE: | ☐ ORC ☐ ORD ☐ T.P. |
|---|---|

| ☐ DRIVER LICENSE HELD | ☐ VEHICLE SEIZED | ☐ JUVENILE OFFENDER |
|---|---|---|

PAVEMENT: ☐ Dry ☑ Wet ☐ Snow ☐ Icy # of Lanes ___ ☐ Construction Zone
VISIBILITY: ☐ Clear ☐ Cloudy ☐ Dusk ☐ Night ☐ Dawn
WEATHER: ☑ Rain ☐ Snow ☐ Fog ☐ No Adverse
TRAFFIC: ☐ Heavy ☐ Moderate ☑ Light ☐ None
AREA: ☑ Business ☐ Rural ☐ Residential ☐ Industry ☐ School
CRASH: ☐ Yes ☑ No ☐ Almost Caused ☐ Non-Injury ☐ Injury ☐ Fatal
Crash Report Number:
REMARKS:

ACCOMPANYING CRIMINAL CHARGE ☐ Yes ☑ No  TOTAL # OFFENSES 1

TO DEFENDANT: SUMMONS  PERSONAL APPEARANCE REQUIRED ☐ Yes ☑ No
You are summoned and ordered to appear on ___, 20 ___ at ___ AM/PM, at
☑ SHAKER HTS MUNICIPAL COURT
3355 LEE ROAD, SHAKER HTS, OHIO 44120
☐ CUYAHOGA COUNTY JUVENILE COURT
1910 CARNEGIE AVENUE, CLEVELAND, OH 44115

If you fail to appear at this time and place you may be arrested or your license may be cancelled.
This summons served personally on the defendant on ___, 20 ___
The issuing/charging law enforcement officer states under the penalties of perjury and falsification that he/she has read the above complaint and that it is true.

| | COURT CODE | UNIT | POST | DISTRICT |
|---|---|---|---|---|
| | | | | |

Charging Law Enforcement Officer

Issuing Law Enforcement Officer  ☐ SAME AS ABOVE
Issuing Officer: Verify address. If different from license address, write present address in space provided.

OHP0060  10-0060-00 (REVISION 0509)  **DEFENDANT'S COPY**  OSHP HP7 [B6305]

---

TO DEFENDANT: Read this material carefully.

☐ **Personal Appearance Required.**
If the officer marked this block on the face of the ticket, you must appear in court. Your appearance in court is required because the offenses cannot be processed by a traffic violations bureau.

**Failure to Appear and/or Pay:**
- The posting of bail or depositing bond is to secure your appearance in court or the processing of the offenses through a traffic violations bureau. It is not a payment of fines or costs.
- If you do not appear at the time and place stated in the citation or if you do not timely process this citation through a traffic violations bureau, your license will be cancelled.
- Also, a warrant may be issued for your arrest and you may be subject to additional criminal penalties.
- Your registration will be blocked and this case will be sent to collections.

The following offenses require court appearance and may not be processed by a traffic violations bureau:
- Any indictable offense;
- Operating a vehicle under the influence of alcohol or any drug of abuse;
- Leave scene of accident;
- Driving while under suspension or revocation of driver's or commercial driver's license;
- Driving without being licensed to drive, except where the driver's or commercial driver's license has been expired for six months or less;
- A third moving traffic offense within 12 months;
- Passing a standing school bus;
- Willfully eluding or fleeing a police officer;
- Drag racing.

☑ **Waiverable through traffic violations bureau.**
If you are charged with offenses other than those listed above, you may, at any time prior to arraignment, plead guilty to the offenses charged and dispose of the case without court appearance by:
(1) PAY ONLINE (AFTER 7 DAYS) AT: www.shakerheightscourt.org
(2) appearing personally at the traffic violations bureau, signing the waiver printed below and paying the fines and costs or
(3) signing the waiver printed below and mailing it and a check, money order, or other approved payment for the total of the fines and costs to the traffic violation bureau at the following address:

Traffic Violations Bureau Address: SHAKER HEIGHTS MUNICIPAL COURT
3355 LEE ROAD
SHAKER HEIGHTS, OHIO 44120

MAKE CHECK OR MONEY ORDER PAYABLE TO: SHAKER HEIGHTS MUNICIPAL COURT

**INSURANCE WARNING**
Under Ohio law you are required to show proof of financial responsibility or insurance.
If you did not do so at the time of receiving this ticket, you must submit proof of insurance when you appear in court on these offenses.

If you do not submit the required proof:
- your driver's license will be suspended and
- you may be subject to additional fees and insurance sanctions.

If you have any questions regarding the proof filing, you may call the traffic violations bureau at the telephone indicated.

For information regarding your Duty to Appear or the Fines and Costs amount(s), call:
**(216) 491-1315 or www.shakerheightscourt.org**

**Contested Case: Court Appearance Required.**
If you desire to contest the offenses or if court appearance is required, you must appear at the time and place stated in the summons.

**Notice to Defendant under age eighteen.**
You must appear before the Juvenile Court at the time and place determined by that Court. The Juvenile Court will notify you when and where to appear.
This ticket will be filed with the Juvenile Court and may be used as a juvenile complaint.

Juvenile Court Address: CUYAHOGA COUNTY JUVENILE COURT
1910 CARNEGIE AVENUE
CLEVELAND, OHIO 44115

For information regarding your Duty to Appear at Juvenile Court call:
**(216) 443-3425**
Telephone Numbers!

**Guilty Pleas, No Contest Pleas, Waiver of Trial, Payment of Fines and Costs**

I, the undersigned defendant, do hereby enter my written pleas of guilty to the offenses charged in this ticket. I realize that by signing these guilty pleas, I admit my guilt of the offenses charged and waive my right to contest the offenses in a trial before the court or jury. Further, I realize that a record of this plea will be sent to the Ohio Bureau of Motor Vehicles. I have not been convicted of, pleaded guilty to, or forfeited bond for two or more prior moving traffic offenses within the last 12 months. I plead guilty to the offense(s) charged.

X _____
Defendant's Signature

Address _____

TOTAL $ _____

Daytime phone: _____